**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CARLOS ROBERSON, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-284-GPM |
| KEITH RANDOLPH and CITY OF EAST ST. LOUIS, | ) |
|         Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On February 27, 2009, United States Magistrate Judge Clifford J. Proud granted Plaintiff's counsel leave to withdraw because counsel lost contact with Plaintiff. Plaintiff was ordered to confirm, in writing, his address and provide the Clerk of Court with his telephone number to enable him to proceed *pro se*. Plaintiff was warned that his failure to do so on or before March 12, 2009, likely would result in this action being dismissed with prejudice.[1] To date, Plaintiff has not provided the Court with written confirmation as ordered. Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute and failure to comply with an order of this Court. *See* FED. R. CIV. P. 41(b).

    **IT IS SO ORDERED.**

    DATED: 03/17/09

                                                      s/ *G. Patrick Murphy*
                                                      G. PATRICK MURPHY
                                                      United States District Judge

---

[1] The Order directs Plaintiff to provide written confirmation "on or before March 12, 2008" (Doc. 21). This obviously is a typographical error, and Judge Proud's intent is clear from the Order.